UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1047

RONALD E GILLETTE,

                                              Appellant

v.

WARDEN GOLDEN GROVE ADULT
CORRECTIONAL FACILITY

(D.C. No. 1-17-cv-00042)

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG and *ROTH, Circuit Judges

      The petition for rehearing filed by **Appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is **DENIED**.

---

*The vote of the Honorable Jane R. Roth is limited to panel rehearing only.

BY THE COURT,

s/ JANE R. ROTH
Circuit Judge

Dated: October 5, 2023

kr/cc: All Counsel of Record